IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KELLY CRADOCK,

    Plaintiff,

v.                                                                                                         No.: 1:23-CV-00522-DHU-SCY

PORTALES MUNICIPAL SCHOOLS' BOARD
OF EDUCATION, NATHAN DODGE, ARTURO
ONTIVEROS, and JOHNNIE CAIN, in their
official and individual capacities,

    Defendants.

## FINAL JUDGMENT

Consistent with the Court's Order Granting Joint Motion to Dismiss with Prejudice (**Doc. 68**),

**IT IS SO ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE.**

_____
HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE